■ MARIA GONZALEZ et al., Appellants, v PRAISE THE LORD DENTAL et al., Respondents, et al., Defendant. [912 NYS2d 403]— Order, Supreme Court, Bronx County (Laura G. Douglas, J.), entered February 17, 2010, which denied plaintiffs' motion to vacate an order granting defendants' motion to dismiss the complaint for failure to comply with discovery orders, unanimously affirmed, without costs.

The court properly denied the motion because plaintiffs' excuse of "law office failure" was not credible. The discovery responses that counsel claims would have demonstrated partial compliance with the discovery orders postdated the return date of the motion (*see Tandy Computer Leasing v Video X Home Lib.*, 124 AD2d 530, 531 [1986]; *Campbell-Jarvis v Alves*, 68 AD3d 701 [2009]). In view of the lack of a reasonable excuse, it is unnecessary to address whether plaintiffs demonstrated a meritorious cause of action (*see Bryant v New York City Hous. Auth.*, 69 AD3d 488 [2010]). Concur—Gonzalez, P.J., Catterson, Acosta, Richter and Abdus-Salaam, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND ARUJO, Appellant. [912 NYS2d 401]—Judgment of resentence, Supreme Court, Bronx County (Margaret L. Clancy, J.), rendered December 2, 2009, resentencing defendant to a term of two years, with two years' postrelease supervision (PRS), unanimously affirmed.

The court provided a sufficient reduction of sentence pursuant to CPL 440.46, and we perceive no basis for reducing defendant's term of postrelease supervision to one year. The resentencing court's stated intention to impose the minimum sentence clearly referred only to the prison term, and there is no evidence that the court was mistaken as to the minimum PRS term available. Concur—Gonzalez, P.J., Catterson, Acosta, Richter and Abdus-Salaam, JJ.